William C. Gehris, WG8881
DAVIDSON, DAVIDSON & KAPPEL, LLC
485 Seventh Avenue
New York, NY 10018
Telephone: (212) 736 1940
Facsimile: (212) 736 2427

Attorneys for Plaintiff
Oyster Optics, Inc.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OYSTER OPTICS, INC.<br>Plaintiff, | JUDGE CHIN<br><br>08 Civ. 01161 |
| v. | ECF CASE |
| DISCOVERY SEMICONDUCTOR, INC.<br><br>Defendant. | **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.0] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Oyster Optics, Inc. (a private non-governmental party) certifies that there is no publicly held corporation that owns 10% or more of its stock

New York, New York
Dated: February 5, 2008

_____
William C. Gehris
Attorney for Plaintiff
Oyster Optics, Inc.

Attorney Bar Code: WG 8881