Chin, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
OYSTER OPTICS, INC.                    :
                                       :
Plaintiff,                             :         Case No. 08 CV 01161 (DC)
                                       :
v.                                     :         ECF CASE – Electronically Filed
                                       :
                                       :
DISCOVERY SEMICONDUCTORS, INC.         :
                                       :
Defendant.                             :
---------------------------------------------------x

**STIPULATION OF DISMISSAL**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/21/2008

WHEREAS, there are no further issues for the Court to resolve;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

All claims asserted by Plaintiff Oyster Optics, Inc., in the above-captioned action are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Dated: February 15, 2008

Davidson, Davidson & Kappel, LLC

_____
William C. Gehris (WG8881)
485 Seventh Avenue
New York, NY 10018
Telephone: (212) 736-1940
Facsimile: (212) 736-2427

Attorney for Plaintiff
Oyster Optics, Inc.

SO ORDERED.

_____
2/21/08